IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-CV-00215-RPM

CLARA OCKEN and
DAVID OCKEN

    Plaintiffs,

v.

ENCOMPASS INSURANCE COMPANY,
ENCOMPASS INSURANCE COMPANY OF AMERICA,
THE CONTINENTAL INSURANCE COMPANY and
GLENS FALLS INSURANCE.

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 6 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiffs CLARA OCKEN AND DAVID OCKEN, and the Defendants, ENCOMPASS INSURANCE COMPANY, ENCOMPASS INSURANCE COMPANY OF AMERICA, THE CONTINENTAL INSURANCE COMPANY AND GLENS FALLS INSURANCE, for a dismissal of all claims of Plaintiffs against Defendants with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiffs, CLARA OCKEN AND DAVID OCKEN, against Defendants, ENCOMPASS INSURANCE COMPANY, ENCOMPASS INSURANCE COMPANY OF AMERICA, THE CONTINENTAL INSURANCE COMPANY AND GLENS FALLS INSURANCE, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: June 26, 2008

BY THE COURT:

_[signature]_
U.S. DISTRICT COURT JUDGE